UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

PAIGE COX

v. Civil No. 4:26-cv-685-JCB-JDL

GEORGE MAXWELL PILAND, individually, and MAX FRANCHISES, LLC d/b/a Mathnasium of Aubrey

# CLERK'S ENTRY OF DEFAULT

On this 18th day of September, 20 26, it appearing from the affidavit(s) in support of default of Brittaney N. Davis, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

Max Franchises, LLC d/b/a Mathnasium of Aubrey

DAVID A. O'Toole, CLERK

By: J. Michelle Baxter
Deputy Clerk

p:\DFLT.ord